UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CATHY MINIX, *et al.*,                    )
                                          )
                    Plaintiffs,           )
                                          )
        v.                                )        CASE NO. 3:06-CV-398RM
                                          )
ANDREW PAZERA, *et al.*,                  )
                                          )
                    Defendants.           )

OPINION AND ORDER

On February 19, 2007, the defendants moved the Court, pursuant to Federal Rule of Evidence 201(b), to take judicial notice of: 1) the fact that the instant action is based upon, and a continuation of, the action previously docketed in this Court as Cause No. 1:04-cv-447, 2) the contents of Defendants' Motion for Partial Summary Judgment filed in 1:04-cv-447, 3) the contents of the Memorandum in Support of Defendants' Motion for Partial Summary Judgment and supporting documents filed in 1:04-cv-447, and 4) the contents of the Opinion and Order dated July 25, 2005 filed in 1:04-cv-447.  Since the plaintiffs have not contested this motion and the existence and contents of the documents are "capable of accurate and ready determination by resort to [a] source[] whose accuracy cannot reasonably be questioned", this motion (Doc. No. 7) is GRANTED.

SO ORDERED.

ENTERED:   September 25, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court